○AO 451 (Rev.12/93)  Certification of Judgment

# UNITED STATES DISTRICT COURT

DISTRICT OF **Nevada**

**Nike, Inc.**

V.

**Lam Siu Fung and Air-Max Import & Export, Inc.**

CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT

MC-ALTONAGA  MAGISTRATE JUDGE
TURNOFF

Case Number: 2:06-CV-00164-PMP-LRL

07-21664

I, __LANCE S WILSON__ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action __August 30, 2006__, as it appears in the records of this court, and that

**no notice of appeal has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.**

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.



FILED by _____ D.C.
DKTG
JUN 29 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

June 11, 2007
Date

Clerk

(By) Deputy Clerk

---

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (^) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(^Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

1  Michael J. McCue
   Nevada Bar No. 6055
2  Lewis and Roca LLP
   3993 Howard Hughes Parkway, Suite 600
3  Las Vegas, Nevada 89109
   Telephone: (702) 949-8224
4  Facsimile: (702) 949-8363

5  Christopher J. Renk
   Erik S. Maurer
6  Michael J. Harris
   Banner & Witcoff, Ltd.
7  10 South Wacker Drive, Suite 3000
   Chicago, Illinois 60606
8  Telephone: (312) 463-5000
   Facsimile: (312) 463-5001
9  *(Pro Hac Vice to be Submitted)*

10
   Attorneys for Plaintiff, NIKE, Inc.
11

12              **UNITED STATES DISTRICT COURT**

13                    **DISTRICT OF NEVADA**

14 NIKE, INC.,                          )
                                        )   Case No. 2:06-cv-00164-PMP-LRL
15              Plaintiff,              )
                                        )
16         vs.                          )   [PROPOSED] AMENDED FINAL
                                        )   JUDGMENT BY DEFAULT
17 AIR-MAX IMPORT & EXPORT, INC.,       )   PURSUANT TO FED. R. CIV. P. 55(b)
   D/B/A AIR-MAX, AND LAM SIU FUNG      )
18                                      )
                                        )
19              Defendants.             )
                                        )
20 _____ )

21         Having duly considered Plaintiff's motion for entry of final judgment, the Court hereby

22 enters this amended final judgment by default pursuant to Rule 55(b) of the Federal Rules of

23 Civil Procedure. The Court hereby amends the default judgment at the Plaintiff's request to add

24 additional details regarding the scope and nature of the seizure of the Defendants' infringing

25

26 products as required by the United States Marshals Service.

27         IT IS ORDERED that judgment is entered against Defendants for willfully infringing

28 NIKE's U.S. Patent Nos. D398,762, D398,771, D406,448, D406,691, D407,205, D407,548,

1  D407,551, D408,974, D408,986, D412,051, D413,196, D415,882, D420,501, D420,502,
2  D420,503, D420,505, D421,331, D424,798, D432,774, D432,777, D432,780, D433,216,
3  D453,065, D468,086, D473,044, D483,936, D483,937, D485,430, D485,672, D485,673,
4
5  D495,128, D497,709, D498,914, D499,243, D499,247, D499,248, and D500,585, in violation of
6  35 U.S.C. §§ 271(a) and (b).

7  IT IS FURTHER ORDERED that Defendants and their officers, directors, employees,
8  agents, and attorneys are hereby permanently enjoined from infringing Plaintiff's patents-in-suit
9  identified above, including but not limited to, making, using, offering to sell, selling or importing
10 into the United States the following infringing shoe models: AM006, AM015, AM022, AM037,
11 AM038, AM041, AM176, AM184, AM238, AM267, AM283, AM292, AM298, AM302,
12
13 AM400, AM509, AM524, AM556, AM-TPR-071, AM-PU-032, AM-PU-104, AM2630,
14 AM6708, 8350, 8410, 8610, 9418, 9430, 9438, DMP752, 22136, 2213X, and 22518, pursuant to
15 35 U.S.C. § 283 and Rule 65(d), Fed.R.Civ.P.

16 IT IS FURTHER ORDERED that Defendants' infringing shoe products, records
17 (including computers and electronic evidence) of Defendants' sales and offers to sell infringing
18 products, and Defendants' promotional display(s), sales equipment, and materials used to
19
20 facilitate Defendants' infringements (collectively, "Materials") shall be seized by the United
21 States Marshals Service at the booth rented or occupied by the Defendants at the World Shoe
22 Association trade show in Las Vegas, Nevada, during the period of August 1 through 4, 2006.
23 The United States Marshals Service may use all reasonable force in conducting the seizure and
24 may open doors, locks, boxes, brief cases, and containers of any type or nature to locate and
25 identify Materials to be seized. Attorneys and other representatives of Nike shall accompany the
26
27 United States Marshals Service during the seizure to identify the Materials to be seized. Nike's
28 counsel shall itemize and take possession of the seized Materials, provide a copy of the inventory

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89109

56767.1

Case 1:07-mc-21664-CMA   Document 1   Entered on FLSD Docket 06/29/2007   Page 4 of 5

Case 2:06-cv-00164-PMP-PAL   Document 18   Filed 07/28/2006   Page 3 of 3

to the United States Marshals Service, and file the inventory with the Court. Nike agrees to indemnify the United States Marshals Service and hold it harmless from any suit, claim, cause of action, damage, loss, or injury arising from the execution of the seizure described in this Order.

IT IS FURTHER ORDERED that Plaintiff recover its reasonable attorneys' fees from the Defendants pursuant to 35 U.S.C. § 285. Plaintiff shall file the information required by Local Rule 54-16 in support of its fee award amount within fourteen (14) days after the date of this Order.

IT IS FURTHER ORDERED that Plaintiff recover its reasonable costs from the Defendants pursuant to Rule 54(d), Fed.R.Civ.P. Plaintiff shall file a bill of costs and disbursements on the form provided by the clerk pursuant to Local Rule 54-1, no later than ten (10) days after the date of this Order.

IT IS FURTHER ORDERED that this Court retains jurisdiction over the parties to the extent necessary to enforce the terms of this Order and the injunctive relief provided herein.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Date: July 28, 2006



I hereby attest and certify on 6/11/07 that the foregoing document is a full, true and correct copy of the original on file in my legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
By _____ Deputy Clerk

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89109

3

56767.1

%JS 44 (Rev. 11/05)        CIVIL COVER SHEET      **07-21664**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS
Nike, Inc.

**DEFENDANTS**
Air-Max Import & Export, Inc. d/b/a Air-Max and Lam Siu Fung

(b) County of Residence of First Listed Plaintiff    Washington
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    Miami-Dade
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Michael W. O. Holihan, Holihan Law, 1101 North Lake Destiny Road, Suite 275, Maitland, Florida 32751; 407-660-8575

1:2007MC21664/CMA/WCT

Attorneys (If Known)

MAGISTRATE JUDGE
TURNOFF

MC ALTONAGA

(d) Check County Where Action Arose: ✓ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
☐ 1 U.S. Government Plaintiff
✓ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☑ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

FILED by _SH_ D.C.
DKTG
JUN 29 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## V. ORIGIN (Place an "X" in One Box Only)
☐ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Re-filed-(see VI below)    ☐ 4 Reinstated or Reopened    ✓ 5 Transferred from another district (specify)    ☐ 6 Multidistrict Litigation    ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S). (See instructions second page):
a) Re-filed Case ☐ YES ☑ NO    b) Related Cases ☐ YES ☑ NO
JUDGE    DOCKET NUMBER

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
Registration of judgment from another district, 28 U.S.C. § 1963

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $    CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☑ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD     DATE
    June 28, 2007

FOR OFFICE USE ONLY
AMOUNT $39.00    RECEIPT # 962463 JFP
06/29/07