UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:07-MC    -21664-CMA

NIKE INC.,

      Plaintiff,

v.

LAM SIU FUNG and AIR-MAX
IMPORT & EXPORT, INC.,

      Defendants.

_____

## NOTICE OF FILING

Plaintiff Nike, Inc., by and through its undersigned attorneys, hereby files this Motion for the Determination of the Amount of Nike's Attorneys' Fees Award as granted by the United States District Court for the District of Nevada. Nike requests that the Clerk accept this document as part of its file.

Dated:  August 30, 2007

_____
Michael W.O. Holihan
Florida Bar No: 782165
Holihan Law
1101 North Lake Destiny Road
Suite 275
Maitland, Florida 32751
Telephone: (407) 660-8575
Fax: (407) 660-0510
E-mail: michael.holihan@holihanlaw.com
Attorneys for Plaintiffs

1

Dockets.Justia.com

Michael J. McCue
Nevada Bar No. 6055
Lewis and Roca LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89109
Telephone: (702) 949-8224
Facsimile: (702) 949-8363

Christopher J. Renk
Erik S. Maurer
Michael J. Harris
Banner & Witcoff, Ltd.
10 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001
*(Pro Hac Vice to be Submitted)*

Attorneys for Plaintiff, NIKE, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

NIKE, INC.,

          Plaintiff,

      vs.

AIR-MAX IMPORT & EXPORT, INC.,
D/B/A AIR-MAX, AND LAM SIU FUNG

        Defendants.

**Case No. 2:06-cv-00164-PMP-LRL**

### PLAINTIFF NIKE, INC.'S MOTION FOR THE DETERMINATION OF THE AMOUNT OF NIKE'S ATTORNEYS' FEES AWARD

Pursuant to the Court's July 10, 2006, Final Judgment awarding Plaintiff, NIKE, Inc. ("NIKE"), its reasonable attorneys' fees, NIKE respectfully moves this Court to determine and order that the amount of NIKE's attorneys' fees award is $26,797.15. In support, NIKE states:

    1.    On July 10, 2006, the Honorable Judge Pro entered Final Judgment in NIKE's favor.

    2.    The Court's Final Judgment ordered that NIKE recover its reasonable attorneys'

1  fees from the Defendants, Air-Max Import & Export, Inc., & Lam Siu Fung, pursuant to 35

2  U.S.C. § 285.

3      3.   NIKE reasonable attorneys' fees in this case are $26,797.15.

4      4.   The facts supporting this motion and the information required by Local Rule 54-

5  16 are set forth in the declaration of NIKE's counsel, Michael McCue, filed herewith.

6      WHEREFORE, NIKE respectfully requests that the Court determine and order that the

7

8  amount of NIKE's reasonable attorneys' fees award is $26,797.15.

9      Dated: July 24, 2006.

10                      Respectfully submitted,

                    LEWIS AND ROCA LLP

11

12                      By: /s/ Michael J. McCue

13                        Michael J. McCue
                      Nevada Bar No. 6055

14                        3993 Howard Hughes Parkway
                      Suite 600

15                        Las Vegas, Nevada 89109
                      Telephone: (702) 949-8224

16                        Facsimile: (702) 949-8363

17                        Christopher J. Renk
                      Erik S. Maurer

18                        Michael J. Harris
                      Banner & Witcoff, Ltd.

19                        10 South Wacker Drive
                      Suite 3000

20                        Chicago, Illinois 60606
                      Telephone: (312) 463-5000

21                        Facsimile: (312) 463-5001
                      *(Pro Hac Vice to be Submitted)*

22                        Attorneys for Plaintiff

23                        NIKE, Inc.

24

25  IT IS SO ORDERED.
    DATED: August 30, 2006

26

    */s/ Philip M. Pro*

27  PHILIP M. PRO
    Chief United States District Judge

28

I hereby attest and certify on 7-18-07 that the foregoing document is a full, true and correct copy of the original on file in my legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By _____ Deputy Clerk

## AFFIDAVIT

1.  My name is Michael W. O. Holihan, principal of Holihan Law, which is located at 1101 North Lake Destiny Road, Suite 275, Maitland, Florida 32751, and I am counsel for Nike, Inc. All statements contained herein are based upon my personal knowledge.

2.  Nike received a judgment against defendants Air-Max Import & Export, Inc. d/b/a Air-Max and Lam Siu Fung in the United States District Court for the District of Nevada, Case Number 2:06-cv-00164-PMP-LRL.

3.  Nike registered a certified copy of this judgment in the Southern District of Florida, Miami Division, Case Number 1:07-mc-21664-CMA.

4.  Nike's corporate address is One Bowerman Drive, Beaverton, Oregon 97005.

FURTHER AFFIANT SAYETH NOT.

_____
Michael W. O. Holihan

Sworn and subscribed to me this 30th day of July 2007.

_____
NOTARY PUBLIC

_____
(Name of Acknowledger Printed)

Commission No.: _____

Personally Known __✓__ OR
Produced Identification _____

Type of Identification Produced: _____

CINDY BAKER
MY COMMISSION # DD 369840
EXPIRES: December 27, 2008
Bonded Thru Notary Public Underwriters